574

**Presciliano MARTINEZ and Madardo Abeyta v. J. Luis RIVERA.**

**No. 2133.**

Circuit Court of Appeals, Tenth Circuit.
June 13, 1940.

Robert H. LaFollette, of Albuquerque, N. M., for appellants.

Gilbert & Hamilton, of Santa Fe, N. M., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee at appellants' costs, for failure to prosecute.

**Mrs. J. C. PRUITT et al., Surviving Partners of Pruitt-Barrett Hardware Co., Appellants, v. CALEDONIAN INSURANCE CO., Appellee.**

**No. 9362.**

Circuit Court of Appeals, Fifth Circuit.
May 29, 1940.

B. D. Murphy, of Atlanta, Ga., and Joseph H. Blackshear, A. C. Wheeler, and Boyd Sloan, all of Gainesville, Ga., for appellants.

Dan MacDougald and Harllee Branch, Jr., both of Atlanta, Ga., and Wm. P. Whelchel and G. Fred Kelley, both of Gainesville, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

The fire policy involved in this case covered the same stock of merchandise as that involved in Pruitt v. Hardware Dealers Mutual Fire Ins. Co., 5 Cir., 112 F.2d 140, this day decided. The cases are substantially alike, except that in this case the judge at the conclusion of the evidence directed a verdict for the defendant. For the reasons stated in the opinion in the above cited case the judgment is reversed and the case remanded for further consistent proceedings.

Reversed.

**Mrs. J. C. PRUITT et al., Surviving Partners of Pruitt-Barrett Hardware Co., Appellants, v. HARDWARE MUT. FIRE INS. CO. OF MINNESOTA, MINNEAPOLIS, MINN., Appellee.**

**SAME v. MINNESOTA IMPLEMENT MUT. FIRE INS. CO., Appellee.**

**Nos. 9346, 9347.**

Circuit Court of Appeals, Fifth Circuit.
May 29, 1940.

B. D. Murphy, of Atlanta, Ga., and Joseph H. Blackshear, E. D. Kenyon, A. C. Wheeler, Chas. J. Thurmond, and Boyd Sloan, all of Gainesville, Ga., for appellants.

Grover Middlebrooks, of Atlanta, Ga., and G. Fred Kelley and Wm. P. Whelchel, both of Gainesville, Ga., for appellees.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

The fire policies involved in the above stated cases covered the same stock of merchandise as that involved in Pruitt v. Hardware Dealers Mutual Fire Ins. Co., 5 Cir., 112 F.2d 140, this day decided. The cases are substantially alike. For the reasons stated in the opinion in the cited case the judgment in each is reversed and the case remanded with direction to the district court to pass upon the motion for new trial.

Reversed.